# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BRYANT HARDWICK,

                Petitioner,         Case No. 06-C-110

        v.

UNITED STATES OF AMERICA,

                Respondent.

## OPINION AND ORDER

        Bryant Hardwick is attempting to file a successive motion for relief pursuant to 28 U.S.C. § 2255. This request must be addressed to the Court of Appeals for the Seventh Circuit. This court cannot grant the request. Under these circumstances, the court will not address Hardwick's alternate request for relief pursuant to 28 U.S.C. § 3582.

        Therefore, the court ORDERS that Bryant Hardwick's "Petition for Second or Successive Title 28 United States Code Section 2255 or Alternatively Pleading Illegal Sentence Pursuant to Title 18 United States Code Section 3582" (filed January 20, 2006) IS DENIED.

        IT IS FURTHER ORDERED that this action is dismissed.

        IT IS FURTHER ORDERED that the Clerk of Court shall enter a judgment of dismissal as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

                Bryant Hardwick's successive petition for relief pursuant to
                28 U.S.C. § 2255 came before the court and the Petitioner

Dockets.Justia.com

having failed to obtain leave of the Court of Appeals to file a successive petition,

IT IS ORDERED AND ADJUDGED

that this action is dismissed.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 26th day of January, 2006.

                                        s/ Thomas J. Curran
                                        Thomas J. Curran
                                        United States District Judge